# Court of Appeals
# of the State of Georgia

ATLANTA, __September 10, 2014__

*The Court of Appeals hereby passes the following order:*

**A15A0087.  AMANDA K. BAEZ v. MARK A. BAEZ.**

On June 2, 2014, the trial court entered an order finding Amanda K. Baez in contempt of a divorce decree. On July 2, 2014, the trial court entered a visitation order granting Mark A. Baez an additional 105 days of visitation to make up for lost visitation.  Amanda Baez filed a notice of appeal from this ruling, seeking to challenge both the visitation and contempt rulings. See OCGA § 5-6-34 (d).

"[A]n appeal from the judgment in a contempt action seeking to enforce any portion of [a] divorce decree other than child custody is ancillary to divorce and alimony and falls within [the Supreme] Court's jurisdiction over divorce and alimony cases." (Punctuation omitted.) *Rogers v. McGahee*, 278 Ga. 287, 288 (1) (602 SE2d 582) (2004). See also, Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (6); *Morris v. Morris*, 284 Ga. 748, 750 (2) (670 SE2d 84) (2008).  Because Amanda Baez seeks to appeal the trial court's contempt ruling, this case is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __09/10/2014__
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*